**JEFFERSON v. BURGESS et al.**

No. 25150. March 19, 1935.

Miley, Hoffman, Williams, France & Johnson and Harry D. Turner, for plaintiff in error.

Bates & Bates, for defendants in error.

PER CURIAM. The appeal was filed herein November 6, 1933, and brief filed May 3, 1934. No brief has been filed by the defendant in error and under the rule for failure to file brief the cause is reversed and remanded, with directions to vacate the judgment for the plaintiffs and enter judgment for the defendant.